UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ATANDA TK,

Petitioner,

v.

SERGIO ALBARRAN, *et al.*,

Respondents,

Case No.  1:26-cv-1917-DAD-JDP

ORDER

On March 16, 2026, the court converted petitioner's motion for a temporary restraining order into a motion for a preliminary injunction, granted it, and referred the matter to me for further proceedings.  ECF No. 9.

Still pending is respondents' answer, ECF No. 8.  Petitioner may file a traverse to respondents' motion within seven days.  If petitioner does not file a traverse by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that petitioner may file a traverse within seven days. If petitioner does not file a traverse by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:    March 24, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2